UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:08 CR 142-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| MICHAEL A. BEDGOOD, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On March 27, 2008, the government filed a two-count Indictment, charging Defendant, Michael A. Bedgood with Transporting Person for Prostitution in violation of Title 18 United States Code, Section 2141 & 2; and Transporting Minor for Prostitution in violation of Title 18 United States Code, Section 2423 & 2. On May 21, 2008 the government filed a four-count Superseding Indictment, charging Defendant Michael A. Bedgood with Transporting Person for Prostitution in violation of Title 18 United States Code, Section 2421; Transporting Minor for Prostitution in violation of Title 18 United States Code Section 2423 & 2; Conspiracy to

Transport Individuals to Engage in Prostitution, in violation of Title 18 United States Code Section 371.  On June 6, 2008, Defendant Bedgood was arraigned and entered a plea of not guilty to counts 1, 1s, 2, 2s, 3s, and 4s,  before Magistrate Judge David S. Perelman.  On March 10, 2009,  Magistrate Judge William H. Baughman, Jr., received Defendant Bedgood's plea of guilty to count 1 and 2 of the Superseding Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Bedgood is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Bedgood is adjudged guilty to Count 1 and 2 of t he Superseding Indictment,  in violation of Title 18 United States Code, Section 2421 and Title 18 United States Code, Section 2423 & 2.   This matter is referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be on May 27, 2009, at 1:00 p.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE